IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANA HYCHE,

    Plaintiff,

v.

STATE OF WISCONSIN and
DANE COUNTY JAIL,

    Defendants.

ORDER

Case No. 17-cv-482-wmc

Plaintiff Dana Hyche filed this lawsuit under 42 U.S.C. § 1983 against defendants, the State of Wisconsin and the Dane County Jail. Hyche claims that the drinking water at the Dane County Jail violates his constitutional and state law rights. On April 25, 2019, the court dismissed Hyche's complaint without prejudice, and gave him until May 16, 2019, to file an amended complaint that named a proper defendant. The court warned Hyche that his failure to meet that deadline would cause the court to dismiss this case with prejudice for failure to prosecute. (Dkt. #10.) That May 16, 2019, deadline has passed, and Hyche has neither filed a proposed amended complaint nor communicated with the court in any way suggesting that he intends to file an amended complaint. Accordingly, the court is dismissing this case with prejudice for failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED THAT plaintiff Dana Hyche's claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to close this case.

Entered this 29th day of May, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge