IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANA HYCHE,

    Plaintiff,

  v.

Case No. 17-cv-482-wmc

STATE OF WISCONSIN AND
DANE COUNTY JAIL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 5/29/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

It appearing that there is no just reason for delay, I direct that this final judgment be entered.